1/06/10 8:45PM

**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>District of Nevada | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hurst, Spencer** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Spencer Wayne Hurst** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-9313** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8600 West Charleston Blvd #2130**<br>**Las Vegas, NV**<br>ZIP Code **89117** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(1/08) | Page 2 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hurst, Spencer** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ David L. Tanner, Esq.**            **January  6, 2010**<br>Signature of Attorney for Debtor(s)            (Date)<br>**David L. Tanner, Esq.  #002366** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                           Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Hurst, Spencer**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**   **/s/ Spencer Hurst**
Signature of Debtor   **Spencer Hurst**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**January 6, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X**   **/s/ David L. Tanner, Esq.**
Signature of Attorney for Debtor(s)

**David L. Tanner, Esq. #002366**
Printed Name of Attorney for Debtor(s)

**David L. Tanner, Esq., P.C.**
Firm Name

**7472 West Sahara Avenue
-Suite 101-
Las Vegas, NV 89117-2748**
Address

**Email: tannerlaw@mpowercom.net
(702) 256-6999   Fax:(702)256-8999   Fax: (702) 256-8999**
Telephone Number

**January 6, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re  **Spencer Hurst**  
                              Debtor(s)

Case No.  
Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Spencer Hurst**
**Spencer Hurst**

Date: **January 6, 2010**

```
Spencer Hurst
8600 West Charleston Blvd #2130
Las Vegas, NV 89117

David L. Tanner,  Esq.
David L. Tanner, Esq., P.C.
7472 West Sahara Avenue
-Suite 101-
Las Vegas, NV 89117-2748

Americas Servicing Co
Acct No ****8631
7485 New Horizon Way
Frederick, MD 21703

ASC
Acct No ****8631
POB 60768
Los Angeles, CA 90060-0768

ASC
Acct No ****8631
POB 10388
Des Moines, IA 50306-0388

ASC (1st Mortgage)
Acct No ****8631
POB 10388
Des Moines, IA 50306

ASC / Aurora Loan Servicing
Acct No ****8631
POB 10388
Des Moines, IA 50306

ASC / Aurora Loan Servicing
Acct No ****8631
POB 1225
Charlotte, NC 28201

ASC / Aurora Loan Servicing
Acct No ****8631
POB 60768
Los Angeles, CA 90060

ASC 2009
Acct No ****8631
POB 1225
Charlotte, NC 28201

Aurora Loan Services
Acct No **0980
P O Box 1706
Scottsbluff, NE 69363-1706
```

```
BAC Home Loans Svc.  (1st Mtg)
Acct No ***8136
c/o McCalla Raymer, LLC / BK DEPT.
1544 Old Alabama Road
Roswell, GA 30076

BAC Home Loans Svc.  (1st Mtg) -
Acct No ***8136
P O BOX 10219
Van Nuys, CA 91410-0219

BAC Home Loans Svc.  (2nd Mtg)
Acct No ***8599
c/o McCalla Raymer, LLC / BK DEPT.
1544 Old Alabama Road
Roswell, GA 30076

BAC Home Loans Svc./Countrywide(1st Mtg)
Acct No ***8136
c/o McCalla Raymer, LLC / BK DEPT.
1544 Old Alabama Road
Roswell, GA 30076

CACH LLC
Acct No *****2894
4340 S Monaco Street - Unit 2
Denver, CO 80237-3408

Cach, LLC
Acct No *****2894
370 17th Street - Suite 5000
Denver, CO 80202

CACV of Coloradoo LLC
Acct No *****2894
370 17th Street #5000
Denver, CO 80202

CitiBANK, Inc (Student Loans)
Acct No ***9313
399 Park Avenue
New York, NY 10022

CitiMortgage, Inc
Acct No ***4445
P O Box 9438
Gaithersburg, MD 20898

CitiMortgage, Inc (2nd)
Acct No ***4445
P O Box 6006
The Lakes, NV 88901-6006
```

```
CitiMortgage, Inc (CORPORATE OFFICES)
Acct No ***4445
1000 Technology Drive
  attn: Officer / Director / Member Mgr
   Resident Agent / Legal Dept /
Saint Louis, MO 63179-0130

CitiMortgage, Inc (POC)
Acct No ***4445
P O Box 790130
Saint Louis, MO 63179-0130

CitiMortgage, Inc MC1010 (CORP OFFICES)
Acct No ***4445
5280 Corporate Drive
Frederick, MD 21703

City of Las Vegas - Finance
Acct No DARLING TENNIS CENTER
400 E. Stewart Avenue
Las Vegas, NV 89101

City of Las Vegas - Finance/Business Svc
Acct No DARLING TENNIS CENTER
Compliance and Enforcement Division
52799
Phoenix, AZ 85072

City of Las Vegas - Finance/Business Svc
Acct No DARLING TENNIS CENTER
Compliance and Enforcement Division
P O Box 52794
Phoenix, AZ 85072-2794

City of Las Vegas - Leisure Svcs.
Acct No DARLING TENNIS CENTER
Compliance and Enforcement Division
P O Box 52794
Phoenix, AZ 85072-2794

City of Las Vegas - Sewer Division
Acct No DARLING TENNIS CENTER
400 E. Stewart Avenue
Las Vegas, NV 89101

City of Las Vegas - Sewer Division
Acct No DARLING TENNIS CENTER
P O Box 52794
Las Vegas, NV 89072-2794

City of Las Vegas - Sewer Division 2008
Acct No DARLING TENNIS CENTER
400 E. Stewart Avenue - 6th Floor
Las Vegas, NV 89101
```

```
City of Las Vegas - SID
Acct No DARLING TENNIS CENTER
400 E. Stewart Avenue - 6th Floor
Las Vegas, NV 89101

City of Las Vegas - SID #707
Acct No DARLING TENNIS CENTER
P O Box 52781
Phoenix, AZ 85072

City of North Las Vegas
Acct No DARLING TENNIS CENTER
Utilities Department
2829 Fort Sumter Drive
North Las Vegas, NV 89030-5201

City of North Las Vegas
Acct No DARLING TENNIS CENTER
Aliante, District #60
P O Box 60559
Los Angeles, CA 90060-0559

Credit Bureau Central
Acct No DARLING TENNIS CENTER
2355 Red Rock Street
Suite 200
Las Vegas, NV 89146

Credit Bureau Central
Acct No DARLING TENNIS CENTER
POB 29299
Las Vegas, NV 89126

Credit Bureau Central - 2009
Acct No DARLING TENNIS CENTER
2980 South Jones Blvd
Suite A
Las Vegas, NV 89146

Credit Bureau Central 2009
Acct No DARLING TENNIS CENTER
P O BOX 29299
Las Vegas, NV 89126

District  Court
Case A587644
Regional Justice Center
200 Lewis Avenue, Third Floor
Las Vegas, NV 89155

District  Court (CACH LLC VS. HURST)
Case A 587644
Regional Justice Center
200 Lewis Avenue, Third Floor
Las Vegas, NV 89155
```

GMAC Mortgage
Acct No ****6557
P O Box 4622
Waterloo, IA 50704

GMAC Mortgage
Acct No ****6557
P O Box 780
Waterloo, IA 50704-0780

GMAC Mortgage - 2008
Acct No ****6557
P O Box 79135
Phoenix, AZ 85062-9135

GMAC Mortgage - 2008
Acct No ****6557
6716 Grade Lane
Building 9, Suite 910
Louisville, KY 40213-1407

GMAC Mortgage 2008
Acct No ****6557
1100 Virginia Drive
Fort Washington, PA 19034

GMAC Mortgage 2009
Acct No ****6557
P O Box 12699
Glendale, AZ 85318

GMAC Mortgage 2009
Acct No ****6557
P O Box 4622
Waterloo, IA 50704-4622

GMAC Mortgage 2009
Acct No ****6557
2711 North Haskell Avenue - Suite 900
Dallas, TX 75204

GMAC Mortgage LLC - Legal Department
Acct No ****6557
Member/Manager/Officer/Director
1100 Virginia Drive
Fort Washington, PA 19034

GMAC Mortgage LLC - Legal Department
Acct No ****6557
Member/Manager/Officer/Director
P O Box 12289
El Cajon, CA 92022-2289

```
GMAC Mortgage LLC - Proof of Claim
Acct No ****6557
Member/Manager/Officer/Director
4375 Jutland Drive, Suite 200
San Diego, CA 92117

GMAC Mortgage, LLC Recovery Department
Acct No ****6557
1100 Virginia Drive
Fort Washington, PA 19034

MBNA
Acct No *****2894
POB 15026
Wilmington, DE 19850

MBNA
Acct No *****2894
POB 15137
Wilmington, DE 19850

MBNA
Acct No *****2894
POB 15019
Wilmington, DE 19850

MBNA
Acct No *****2894
POB 17054
Wilmington, DE 19884

MBNA
Acct No *****2894
P O Box 15137
Wilmington, DE 19886

Nevada Association Svcs / Park1 @ Summer
Acct No xx xx0405
6224 West Desert Inn Road #A
attn: Park1 @ Summerlingate
Las Vegas, NV 89146

Nevada Association Svcs / Queensridge Pk
Acct No xxx xxx-xx-xx9-262
6224 West Desert Inn Road #A
Las Vegas, NV 89146

New York State Higher Education Svcs. Co
Acct No ***5927
99 Washington Avenue
Albany, NY 12255
```

```
Park 1 @ Summerlingate
Acct No xx xx0405
10000 West Charleston Blvd - Suite 170
Las Vegas, NV 89135

Stephen R.  Kopolow, Esq., PC
Acct No *****2894
3265 North Ft. Apache Road #110
Las Vegas, NV 89129

Stephen R. Kopolow, Esq.
Hofland / Eccles
4495 South Pecos Road
Las Vegas, NV 89121

Stephen R. Kopolow, Esq.
Acct No *****2894
Hofland / Eccles
4495 South Pecos Road, Suite A
Las Vegas, NV 89121

Summerlin North
Acct No ****8631
c/o  RMI Management, LLC
P O Box 509081
San Diego, CA 92150-9081

Summerlin North Community Assn
Acct No ****8631
9911 Covington Cross Drive #103
Las Vegas, NV 89144

Summerlin South Community Association
Acct No ****8631
10000 West Charleston Blvd - Suite 170
Las Vegas, NV 89135

Summerlin West Community Association
Acct No ****8631
10000 West Charleston Blvd - Suite 170
Las Vegas, NV 89135

Summerlin West Community Association
Acct No ****8631
File 57146
Los Angeles, CA 90074-7146

Suntrust Bank
Acct No ***3665
1001 Semmes Avenue
Richmond, VA 23224
```

```
U.S. Dept. of Education
Acct No ***5927
POB 530260
Atlanta, GA 30353

U.S.Dept. of Education
Acct No ***5927
501 Bleecker St.
Utica, NY 13501
```